# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   C & D Fruit and Vegetable Co., Inc.                                   Case No.
                                  Debtor(s)                                   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   C & D Fruit and Vegetable Co., Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  9, 2018**                                         **/s/ Edward J. Peterson**
Date                                                          **Edward J. Peterson 0014612 - Florida**
                                                              Signature of Attorney or Litigant
                                                              Counsel for   C & D Fruit and Vegetable Co., Inc.
                                                              **Stichter, Riedel, Blain & Postler, P.A.**
                                                              **110 E. Madison St., Suite 200**
                                                              **Tampa, FL 33602**
                                                              **813-229-0144 Fax:813-229-1811**