UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| C & D FRUIT AND VEGETABLE CO., INC., | Case No. 8:18-bk-997-CED |
| TRIO FARMS, L.L.C., | Case No. 8:18-bk-998-CED |
| Debtors. | Jointly Administered under Case No. 8:18-bk-997-CED |
| _____/ | |

**SECOND AMENDED NOTICE OF APPOINTMENT OF JOINT
COMMITTEE OF UNSECURED CREDITORS BY UNITED STATES TRUSTEE**

The United States Trustee, by and through his undersigned counsel, hereby states that the following creditors of the Debtors who hold unsecured claims are hereby APPOINTED to the Joint Committee of the Unsecured Creditors for C & D Fruit and Vegetable Co., Inc. and Trio Farms, LLC:

Terrence Swaford                               863-441-1071
Regional Sales Manager
Triest Ag Group, Inc.
7610 U.S. Hwy. 41 N.
Palmetto, FL 34221
tswaford@triestag.com

Ana Hernandez                                  901-419-1845
Regional Credit Manager
International Paper
1740 International Drive
Memphis, Tennessee 38197
ana.hernandez@ipaper.com

Justine Massé                                  450-469-3380
Pépiniére A. Massé, Inc.
256 Haut Riviére Nord
Saint-Césaire, Québec, CANADA JOL 1TO
justine@pepiniereamasse.com

Andree Lacroix  
Production Lareault, Inc.  
C.P. 96                                   450-586-1850  
Lavaltrie, QC Canada  
J5T 4A9  
info@lareault.com  

David W. Council                          813-299-4508  
Council-Oxford Inc  
P.O. Box 475  
Ruskin, FL  33575  
Davidcouncil15@gmail.com  

Each member of the Committee separately indicated willingness to serve on the committee and accepted appointment.

The Committee previously selected Ana Hernandez as its chairperson.

                              Respectfully submitted,

                              Daniel M. McDermott  
                              United States Trustee-Region 21

               By:  /s/BENJAMIN E. LAMBERS  
                     Benjamin E. Lambers  
                     Trial Attorney  
                     Fla. Bar No. 774197  
                     501 E. Polk Street, Suite 1200  
                     Tampa, FL 33602  
                     (813)228-2000  
                     (813)228-2303--facsimile  
                     Ben.E.Lambers@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing notice of appointment of unsecured creditors committee has been sent by regular United States Mail to Committee members listed above and the party listed below on March 20, 2018**.**

C & D Fruit and Vegetable Co., Inc.  
P.O. Box 110598  
Bradenton, FL 34211

Trio Farms, L.L.C.
P.O. Box 110598
Bradenton, FL 34211

Electronically to: Edward J. Peterson, III and Amy Denton Harris, Stichter, Riedel, Blain & Postler, P.A, Debtors' Counsel

/s/  BENJAMIN E. LAMBERS